**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:08cr45-SPM/AK

MARK SETH WINNICK,

      Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      PURSUANT TO the Report and Recommendation (doc. 165) of the United

States Magistrate Judge, to which there have been no timely objections, and

subject to the Court's consideration of any plea agreement pursuant to Federal

Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **MARK**

**SETH WINNICK**, to Counts One and Two of the indictment is hereby

ACCEPTED.  All parties shall appear before this Court for sentencing as

directed.

      DONE AND ORDERED this <u>seventh</u> day of April, 2009.


        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge